UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY G. MALONEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>  v.<br><br>FORTERRA, INC., JEFFREY BRADLEY, WILLIAM MATTHEW BROWN, LORI M. BROWNE, KYLE S. VOLLUZ, KEVIN BARNER, ROBERT CORCORAN, SAMUEL D. LOUGHLIN, CLINT MCDONNOUGH, JOHN MCPHERSON, CHRIS MEYER, JACQUES SARRAZIN, CHADWICK SUSS, GRANT WILBECK, GOLDMAN, SACHS & CO., CITIGROUP GLOBAL MARKETS INC., and CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                      Defendants. | Civil Action No.: 1:17-cv-05662-LDH-RER<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Forterra, Inc. submits the following disclosure statement. Forterra, Inc. does not have a parent corporation nor does any publicly held corporation own 10% or more of its stock.

Dated: New York, New York
       November 30, 2017

Respectfully submitted,

By: /s/ Melissa Colón-Bosolet
Melissa Colón-Bosolet
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile:  (212) 839-5599
Email:  mcolon-bosolet@sidley.com

Yvette Ostolaza (*pro hac vice forthcoming*)
yvette.ostolaza@sidley.com
Angela Zambrano (*pro hac vice forthcoming*)
angela.zambrano@sidley.com
Yolanda Garcia (*pro hac vice forthcoming*)
ygarcia@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile:  (214) 981-3400

*Attorneys for Defendant Forterra, Inc.*