UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY G. MALONEY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FORTERRA, INC., JEFFREY BRADLEY, WILLIAM MATTHEW BROWN, LORI M. BROWNE, KYLE S. VOLLUZ, KEVIN BARNER, ROBERT CORCORAN, SAMUEL D. LOUGHLIN, CLINT MCDONNOUGH, JOHN MCPHERSON, CHRIS MEYER, JACQUES SARRAZIN, CHADWICK SUSS, GRANT WILBECK, GOLDMAN, SACHS & CO., CITIGROUP GLOBAL MARKETS INC., and CREDIT SUISSE SECURITIES (USA) LLC,<br><br>　　　　　　　　　　Defendants. | Case No.: 1:17-CV-5662-LDH-RER<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Nancy Maloney, and/or her undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants.

Dated: February 5, 2018
New York, New York

　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　*/s/ Curtis V. Trinko*
　　　　　　　　　　　　　　Curtis V. Trinko (CT-1838)
　　　　　　　　　　　　　　**LAW OFFICES OF CURTIS V. TRINKO, LLP**
　　　　　　　　　　　　　　16 West 46th Street, 7th Floor
　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　Telephone: (212) 490-9550
　　　　　　　　　　　　　　Facsimile: (212) 986-0158
　　　　　　　　　　　　　　Email: Ctrinko@trinko.com

**SAXENA WHITE P.A.**
Steven B. Singer (SS-5212)
4 West Red Oak Lane, Suite 312
White Plains, New York 10604
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com

-and-

Maya Saxena
Joseph E. White, III
Lester R. Hooker
5200 Town Center Circle
Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Counsel for Plaintiff Nancy G. Maloney*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 5, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                                              */s/ Curtis V. Trinko*
                                              Curtis V. Trinko